

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| LORRI BURNETT AND DAVID BURNETT, | § | No. 08-14-00311-CV |
| | § | |
| Appellants, | | Appeal from |
| | § | |
| v. | | Probate Court No. 2 |
| | § | |
| LISA E. LUNCEFORD AND GRACE GUARDIANS, INDIVIDUALLY AND AS GUARDIAN FOR LYNNE SHIRLEY PAXTON, | § | of El Paso County, Texas |
| | | (TC # 2010-G00204-A) |
| | § | |
| Appellees. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant and its sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 7TH DAY OF DECEMBER, 2016.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Hughes, J., and Larsen, J. (Senior Judge)
Larsen, J. (Senior Judge), sitting by assignment